# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2012

143778

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LINDA M. SHEPPARD,
      Claimant-Appellant,

v

MEIJER GREAT LAKES LIMITED,
      Employer-Appellee,

and

STATE OF MICHIGAN, DEPARTMENT OF
ENERGY, LABOR & ECONOMIC GROWTH,
UNEMPLOYMENT INSURANCE AGENCY,
      Appellee.

_____/

SC: 143778
COA: 300681
Washtenaw CC: 10-000383-AE

On order of the Court, the application for leave to appeal the August 12, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2012

Clerk

p0125